# In The United States Court of Federal Claims

Nos. 19-792C & 19-1204C (consolidated)

(Filed: August 16, 2018)

| | |
|---|---|
| ALASKA STRUCTURES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| CALIFORNIA INDUSTRIAL | ) |
| FACILITIES RESOURCES, INC., | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

## ORDER TO CONSOLIDATE

Pending before the court are two related bid protests involving the same parties and same procurement: *Alaska Structures v. United States*, Nos. 19-792C and 19-1204C.  Both cases involve a solicitation by the Air Force for 10 Quonset-shaped shelters for Joint Base Elmendorf-Richardson in Alaska.

The original case, No. 19-792C, was a post-award bid protest by Alaska Structures to the award of the contract under the initial solicitation by the Air Force to California Industrial Facilities Resources, Inc. ("CAMSS").  After the Air Force took corrective action that cancelled the award and issued a new solicitation, Alaska Structures sought to amend its complaint to challenge the corrective action.  Subsequently, Alaska Structures filed a separate pre-award protest of the new solicitation, No. 19-1204, which challenges the corrective action and alleges an ambiguous requirement exists the new solicitation.  During an initial conference held today for No. 19-1204C, the parties appeared amenable to consolidating both cases.

Because both cases involve the same parties and contain common questions of law and fact, case No. 19-792C is consolidated with case No. 19-1204C pursuant to Rule 42(a) of the Rules of the Court of Federal Claims.  Consolidation is for all purposes.  No. 19-792C will be the lead case, though further filings should show both case numbers in the heading.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge